Gerald C. Sterns (State Bar No. 029976)
Brenda D. Posada (State Bar No. 152480)
Eric M. Steinle (State Bar No. 201117)
STERNS & WALKER
901 Clay Street
Oakland, CA 94607
Telephone: (510) 267-0500
Facsimile: (510) 267-0506
Email: sterns@trial-law.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lee Brownstein and<br>Lana Brownstein,<br><br>        Plaintiffs,<br><br>v.<br><br>American Airlines, Inc.,<br>DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No. C 05-03435 JCS<br><br>STIPULATION AND ORDER ENLARGING TIME TO FILE OPPOSITION AND REPLY PAPERS PURSUANT TO LOCAL RULE 6-2<br><br>Date:      October 28, 2005<br>Time:     9:30 a.m.<br>Courtroom: A, Fifteenth Floor<br>Hon. Joseph C. Spero, Magistrate Judge |

    Plaintiffs, Lee and Lana Brownstein, by and through their counsel, and defendant, American Airlines, Inc., by and through its counsel, agree and stipulate as follows:

    Defendant has filed motions to dismiss and to strike portions of the complaint to be heard October 28, 2005;

    Plaintiffs' opposition is due October 7, 2005;

    Plaintiffs' counsel has requested a brief enlargement of the time because of a temporary medical condition, as set forth in the accompanying declaration;

    Defendant has no objection to this brief enlargement and requests a similar enlargement, to which plaintiffs have no objection;

1

STIPULATION TO ENLARGE TIME, LR 6-2
Brownstein v. AA, Action No. C 05-03435 JCS

1. Plaintiffs request an enlargement of time to file their opposition to Tuesday, October 11, 2005, which is the next court day after the day on which their opposition is currently due;

Defendant will have an equal extension of time to file its reply, if any, to this opposition. That reply would thus be filed on or before October 18, 2005.

This stipulation will not affect the hearing date.

This stipulation is made pursuant Local Rule 6-2.

IT IS SO STIPULATED AND AGREED.

Date: 10/06/05

By: /s/ John R. Hanson
WORTHE, HANSON & WORTHE
Counsel for defendant, American Airlines, Inc.

Date: October 6, 2005

By: /s/ Eric M. Steinle
STERNS & WALKER
Counsel for plaintiffs, Lee and Lana Brownstein

## DECLARATION OF COUNSEL IN SUPPORT OF STIPULATION TO ENLARGE TIME

I, Eric M. Steinle, declare as follows:

1. I am a member in good standing of the State Bar of California and admitted to practice before this court. I am an attorney at Sterns & Walker, attorneys of record for plaintiffs in the above-entitled action.

2. I make this declaration in support of the parties' stipulation to enlarge time to file opposition and reply papers for defendant's motions to dismiss and to strike portions of the complaint, which is set for hearing October 28, 2005.

3. On October 5, I had oral surgery. I have reacted to the surgery and the medications I am taking in a way I had not anticipated based on earlier surgeries. This reaction includes swelling of my face that has interfered with my vision.

4. Because of this reaction, and particularly because of the interference with my vision, I will be hampered in my ability to complete the brief opposing defendant's motions. I expect that a brief enlargement of time over the weekend will allow me to complete my work.

5. The office of Sterns & Walker is closed for the Columbus Day holiday, which is also a court holiday. The staff members necessary to complete the e-filing of plaintiffs' brief will not be working that day. They will return on Tuesday, October 11. I will be able to complete the filing of the briefs on that day.

6. Counsel for defendant has agreed to this enlargement and asked that I agree to an equivalent enlargement for filing any reply papers. I have no objection to such an enlargement if the court agrees.

7. The enlargement will not change the date of the hearing.

8. I make this declaration of my own personal knowledge under penalty of perjury under the laws of the United States of America.

9. Pursuant to the e-filing procedures of the Northern District of California, my signature is on file with the clerk's office.

Date: October 6, 2005      /s/
                           Eric M. Steinle

///

///

///

///

ORDER

The court, having considered the foregoing stipulation and good cause appearing therefor, it is hereby ordered that plaintiffs shall file their opposition to defendant's motions to dismiss and to strike portions of the complaint not later than Tuesday, October 11, 2005. Defendant may file its reply papers, if any, ~~not later than Tuesday, October 18, 2005.~~ on the original briefing schedule of Friday, October 14, 2005.

PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED.

Date: October 7, 2005

_____
UNITED STATES MAGISTRATE JUDGE

---

4

STIPULATION TO ENLARGE TIME, LR 6-2
Brownstein v. AA, Action No. C 05-03435 JCS